UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADY SORIAL, et al.,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>ROBINHOOD FINANCIAL, LLC,<br><br>                    Defendant. | 24-CV-02752 (JLR) (RFT)<br><br>**STATUS CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a Telephone Conference on **May 31, 2024, at 9:30 AM**. The parties should be prepared to discuss the status of the case. The parties are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 395 806 218#.**

    If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: May 21, 2024
          New York, New York

SO ORDERED.

*[signature]*

**ROBYN F. TARNOFSKY**
United States Magistrate Judge