UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FADY SORIAL, et al.,

               Plaintiffs,

-against-

ROBINHOOD FINANCIAL, LLC,

               Defendant.

24-CV-02752 (JLR) (RFT)

**STATUS CONFERENCE**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a Telephone Conference on May 31, 2024, at 9:30 AM. The prior Order dated May 21, 2024, contained the incorrect access code. The parties are directed to please dial (646) 453-4442, **New Access Code: 400 947 548#.**

DATED: May 29, 2024
       New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge