UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FADY G. SORIAL, et al., <br><br> Petitioners, <br><br> -against- <br><br> ROBINHOOD FINANCIAL, LLC., <br><br> Respondent, | 24-CV-02752 (JLR) (RFT) <br><br> **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The motion filed on May 14, 2024 (ECF 13) does not appear to seek any relief from the Court, and therefore seems to have incorrectly been filed using the event "motion." Accordingly, the Clerk of Court is respectfully directed to terminate ECF 13.

DATED:  August 7, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge