UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FADY G. SORIAL and RAMY G. SORIAL,

                         Petitioners,

          -against-

ROBINHOOD FINANCIAL, LLC,

                     Respondent.

Case No. 1:24-cv-02752 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

The Court grants Magistrate Judge Tarnofsky's request (Dkt. 30 at 6) to withdraw the order of reference entered at Dkt. 15. The Clerk of Court is respectfully directed to reassign this case to another Magistrate Judge.

The Court will rule on the parties' cross-motions to vacate and confirm the arbitration award (Dkts. 1, 8) instead of re-referring them to another Magistrate Judge. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioners.

Dated: September 30, 2024
       New York, New York

                                  SO ORDERED.

                                  *Jennifer Rochon*

                                  JENNIFER L. ROCHON
                                United States District Judge