**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FADY G. SORIAL and RAMY G. SORIAL,

                Petitioners,            24 **CIVIL** 2752 (JLR)

      -against-                  **JUDGMENT**

ROBINHOOD FINANCIAL, LLC,

                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 25, 2024, Petitioners' petition to vacate the April 1, 2024 arbitration award is DENIED and Robinhood's cross-motion to confirm the arbitration award is GRANTED; accordingly, the case is closed.

**Dated**: New York, New York
       November 26, 2024

                                        **DANIEL ORTIZ**
                                        **Acting Clerk of Court**

                  **BY:**      *K. Mango*

                                        **Deputy Clerk**